IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| USA, ) | |
| ) | |
| Plaintiff, ) | 4:04cr3158 |
| ) | |
| v. ) | |
| ) | |
| ANASTACIO ROMERO, ) | ORDER |
| ) | |
| Defendants. ) | |
| ) | |

The Clerk's Office has requested that **SEALED** Document Number 66 be stricken from the record for the following reason(s):

- No Notice of Electronic Filing attached

IT IS THEREFORE ORDERED that the Clerk's Office shall strike **SEALED** Document Number 66 from the record. The document has been re-file.

DATED this 25th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge